# ALABAMA COURT OF CRIMINAL APPEALS



July 18, 2025

**CR-2024-0470**
Murice Devell Sashington v. State of Alabama (Appeal from Mobile Circuit Court: CC-22-2830)

## NOTICE

You are hereby notified that on July 18, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk